```
                                    ___ FILED    ___ LODGED
                                              ___ RECEIVED

                                         JAN 19 2006
                                     CLERK U.S. DISTRICT COURT
                                 WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                                       DEPUTY
```

Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

AVERY GILBERT,

    Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

No. C04-05478-RBL-KLS

~~PROPOSED~~ ORDER

The Court hereby awards Plaintiff, Avery Gilbert, $5774.25 [RBL] ~~$7,273.88~~ in attorney fees, $37.76 in expenses, and $72.25 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d), for a total award of $5774.25 ~~$7,383.89~~.

Dated: 1-18-2006

Hon. Ronald B. Leighton
UNITED STATES DISTRICT JUDGE